**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**MICHAEL CRAWFORD**                                                                             **PLAINTIFF**

**V.**                                                          **NO. 1:22-CV-147-DMB-RP**

**EM TRANSPORTATION SERVICES,**
**LLC f/k/a Boral Transportation Services,**
**LLC**                                                                 **DEFENDANT**

**ORDER**

On June 2, 2023, the parties jointly moved to dismiss this case with prejudice, with the parties to bear their respective costs.[1] Doc. #27 at PageID 106. As cause, they represent that "a fair and reasonable compromise settlement has been reached." *Id.*

Based on the settlement reached, the joint motion to dismiss [27] is **GRANTED**. This case is **DISMISSED with prejudice**, with the parties to bear their respective costs.

**SO ORDERED**, this 6th day of June, 2023.

                                                                    /s/Debra M. Brown
                                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] The joint motion states that it was filed "pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure." Doc. #27 at PageID 106. There is no such subsection of Rule 41. To the extent the joint motion intended to reference Rule 41(a)(1)(A)(ii), it would be an inaccurate reference because no court action is required to stipulate to the dismissal of an action. The Court presumes the joint motion intended to reference Rule 41(a)(2).