**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**MICHAEL CRAWFORD**                                                                         **PLAINTIFF**

**V.**                                                        **NO. 1:22-CV-147-DMB-RP**

**EM TRANSPORTATION SERVICES,
LLC f/k/a Boral Transportation Services,
LLC**                                                                                **DEFENDANT**

## JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice**, with the parties bearing their respective costs.

**SO ORDERED**, this 6th day of June, 2023.

                                                                  **/s/Debra M. Brown
UNITED STATES DISTRICT JUDGE**